UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID WELCH,

              Plaintiff,

-vs-                                                  Case No.  2:10-cv-582-FtM-SPC

NEWMAN INTERNATIONAL TRANSPORT,
INC. ,

              Defendant.
_____

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss (Doc. #8) filed on September 23, 2010.  No response was filed by the Plaintiff.  Plaintiff filed an Amended Complaint (Doc. #9) on September 30, 2010, to which Defendant filed an Answer (Doc. #12) on October 12, 2010.  Due to the fact that an Amended Complaint has been filed, Defendant's Motion to Dismiss is due to be denied as moot.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Dismiss (Doc. #8) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this   4th   day of January, 2011.

                                                            *Sheri Polster Chappell*
                                                            SHERI POLSTER CHAPPELL
                                                            UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record