# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DAVID WELSH,

        Plaintiff,

-vs-                                                    Case No. 2:10-cv-582-FtM-SPC

NEWMAN INTERNATIONAL
TRANSPORT, INC.,

        Defendant.
_____

## ORDER

This matter comes before the Court on Defendant's Motion to Allow Electronic Equipment and Mobile Telephones into Court (Doc. # 73) filed on October 28, 2011. This case is scheduled for trial on December 6, 2011, before the undersigned. Given the nature of the proceedings, and consistent with the policy in the Fort Myers Division, the Court will allow Defendant to bring in one (1) cellular telephone, and one (1) laptop computer, and will allow Plaintiff to bring in same.

Accordingly, it is now **ORDERED:**

The Defense Counsel is permitted to bring **one (1) cellular telephone and one (1) laptop computer** for use during the scheduled trial.

**DONE AND ORDERED** at Fort Myers, Florida, this  31st  day of October, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record