**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DAVID WELSH,

                Plaintiff,

-vs-                                    Case No.   2:10-cv-582-FtM-SPC

NEWMAN INTERNATIONAL
TRANSPORT, INC.,

                Defendant.
_____

## **ORDER**

This matter comes before the Court on Plaintiff's Motion to Allow Mobile Phones and Laptop Computers at Trial (Doc. # 71) filed on October 27, 2011. This case is scheduled for trial on December 6, 2011, before the undersigned. Given the nature of the proceedings, and consistent with the policy in the Fort Myers Division, the Court will allow Plaintiff to bring in one (1) cellular telephone, and one (1) laptop computer, and will allow Defendant to bring in same.

Accordingly, it is now **ORDERED:**

The Plaintiff's Counsel is permitted to bring **one (1) cellular telephone and one (1) laptop computer** for use during the scheduled trial.

**DONE AND ORDERED** at Fort Myers, Florida, this   31st   day of October, 2011.

                                                        SHERI POLSTER CHAPPELL
                                                        UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record