UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID WELSH,

      Plaintiff,

v.                                                                      Case No:  2:10-cv-582-FtM-38

NEWMAN            INTERNATIONAL
TRANSPORT, INC.,

      Defendant.
_____/

## ORDER

On November 30, 2011, the Court entered an Order (Doc. #86) administratively closing the case for a period of time to allow the parties to submit final documents.  The Plaintiff subsequently filed a Notice of Good Cause (Doc. #87) indicating the settlement was not complete.  However, Plaintiff withdrew the Notice of Good Cause indicating the settlement has been finalized and the case is due for dismissal.  The time allowed in the administrative closure order has expired and no stipulated form of final order or judgment has been submitted.   Therefore, the case is due for final dismissal.

Accordingly, it is hereby **ORDERED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record